IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Darren Haliburton

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Florida Department of Revenue Child Support
Tavia Holloman (mother of my child)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

My case never made it to Court

**Complaint for a Civil Case**

Case No. 1253074836
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

FILED BY _____ D.C.

JAN 21 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Darren Haliburton
Street Address: 311 West 20th St
City and County: Riviera Beach ↔ Riviera Beach
State and Zip Code: Fl 33404
Telephone Number: (270) 901-7464
E-mail Address: darrenhaliburton@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Florida Department of Revenue
Job or Title (if known): Child Support
Street Address: 5050 W Tennessee St Building L
City and County: Tallahassee
State and Zip Code: FL 32399-0195
Telephone Number: (850) 488-5437
E-mail Address (if known):

Defendant No. 2
Name: Tavia Holloman
Job or Title (if known):
Street Address: 13300 Walsingham Rd Apt #141
City and County: Largo

2

        State and Zip Code    *Florida 33774*
        Telephone Number    _____
        E-mail Address    _____
        (if known)

Defendant No. 3

    Name    _____
    Job or Title    _____
    (if known)
    Street Address    _____
    City and County    _____
    State and Zip Code    _____
    Telephone Number    _____
    E-mail Address    _____
    (if known)

Defendant No. 4

    Name    _____
    Job or Title    _____
    (if known)
    Street Address    _____
    City and County    _____
    State and Zip Code    _____
    Telephone Number    _____
    E-mail Address    _____
    (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Owen v- City of independence 445 U.S. 622
Ex Parte Young, 209 U.S 123 (1908)
Edmondson v Leesville Concrete Company, 500 U.S. 614, 624-2:
(1991)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Darren Haliburton is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Tavia Holloman, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* U.S

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$30,000 was taken from me Sueing child support under Tittle 18 and 42

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Child support have been taking money out my check without my consent or a Judge authorization for 5 years, I was deprive of my rights from Child Support also compell. My name and Date of birth Social was use to create debt in my name without my consent That's Fraud and Identity theft

5

I Darren Haliburton Sueing Child Support under Tittle 18, U.S.C; Section 242

who ever, under Color of any law, Statute, ordinace regulation, or custom, willfully Subjects any person In any state, Territory, Common wealth, Possession or District to deprivation of any rights, Privileges or immunities secured or protected by the Constitution or laws of the United States;.... Shall be fined under this tittle or Imprisoned not more than one Year or both

Also 205.32 N.Y-CRR - 205.32 Support Magistrates

(a) Support Magistrates shall be appointed by the Chief Administrator of the Courts to determine support Proceedings in family Court they shall be attorneys admitted to the practice of law.

(1.) Support Magistrates shall be appointed as non-Judicial employees of the court on a full time basis for a term of 3 years

(2.) Not a Certified Public Account

(3.) Not a license Tax Preparer

(4.) Not a License Book keeper

(5.) Not a License Financial Advisor

Private Parties as State Actors Eleventh Amendment Immunity is unavailable. Owen V City of Independence 445 U.S.

Ex parte Young 209 U.S. 123 (1908)

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have been Injured by child support Title 19 N 42 suspended license. My money taking away homeless becuse of this money was taken away $30,000 Child support also sued me for $22,533.88 Im In title to All my money Child support took without my consent or a Judge I was Deprive and Compell

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan____, 20_20_ 20

Signature of Plaintiff  _Darren Haliburton_
Printed Name of Plaintiff  Darren Haliburton

B. **For Attorneys**

Date of signing: _____, 20__.

6



CS-EF32
Rule 12E-1.012
Florida Administrative Code
Effective 09/19/17

Child Support Program

# Notice of Intent to Report to Consumer Reporting Agencies

MR. DARREN JERMAINE HALIBURTON
2700 R J HENDLEY AVE
RIVIERA BEACH FL 33404-4027

If your address has changed, provide new address here:

July 10, 2018

Child Support Case Number: 1253074836

1. **Reporting overdue support you owe.** We plan to report your overdue support to consumer reporting agencies each month. Reporting this information may affect your credit rating and ability to obtain credit. Based on our records, we plan to report $22,533.85 as the amount of overdue support you owe as of July 10, 2018.

2. **To avoid credit reporting.** Within 20 days after the mailing date on this notice, you must:
   - Pay the overdue amount in full;
   - Request an informal review; or
   - Enter into a written agreement.

3. **Written agreement.** If you enter into a written agreement:
   - We will not report your overdue support as long as you pay as agreed.
   - We will report if you do not pay as agreed, without further notice to you.

   To enter into a written agreement, go to the nearest Child Support Office or call us at the number given at the end of this notice.

4. **Monthly reporting.** If you do nothing, we will report the overdue support 21 days after the mailing date on this notice. After we send the first report, we will send a monthly report to the consumer reporting agencies as the amount of overdue support changes. After you pay the overdue support in full, the monthly report will show that you owe $258.00 per month.

5. **If you disagree.** You may ask for an informal review. At an informal review, you can tell us if:
   - You think the overdue support amount is wrong; or
   - You are not the person ordered to pay support.

If you ask for an informal review, we will not report the overdue support until the review is finished. If we agree that the overdue support should not be reported, we will not report it.

1800-694-6481

T    1 of 1




0101305707140118191102366756

6. **Informal review.** To ask for an informal review:
   - You must send us your request in writing;
   - The request must tell us the reasons why you think we should not report;
   - We must receive your request within 20 days after the date on this notice; and
   - You must mail the request to:

     Florida Department of Revenue
     Child Support Program

     5050 W Tennessee St Building L

     Tallahassee FL 32399-0195

   This address is not a Child Support Program office location. Find office locations at www.floridarevenue.com/childsupport/contact

   We will conclude our informal review within 20 days after receiving the request and send you a decision. If you disagree with the decision, you can ask for a hearing.

7. **Legal Authority.** This action is authorized by section 61.1354(2), Florida Statutes.

8. **To contact us call** 850-488-KIDS (5437).

6438

0101305707149918191102366753